IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GEORGE WILSON WASHINGTON,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 10-05876 CW<br>CR 09-00010 CW<br><br>ORDER TO SHOW CAUSE |

    Movant, a federal prisoner currently incarcerated at the Federal Correctional Institution in Lompoc, California, filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court hereby issues the following orders:

    1. The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3. If Movant wishes to respond to the answer, he shall do so

by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

    IT IS SO ORDERED.

Dated: 1/4/2011

_____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GEORGE WILSON WASHINGTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case Number: CV10-05876 CW
CR09-00010 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Wilson Washington 12643-111
FCI - Lompoc
3600 Guard Road
Lompoc, CA 93436

Dated: January 4, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

3